IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLIN
STATESVILLE DIVISION
CIVIL ACTION NO. 5:05CV210-V


BEAR HOllOW, L.L.C., A Florida        )
Limited Liability Company,            )
AND DEAN DeSANTIS, Individually,      )
                                      )
                 Plaintiffs,          )
                                      )
            v.                        )        O R D E R
                                      )
MOBERK, L.L.C., A North Carolina      )
Limited Liability Company,            )
MOBERK TWO, L.L.C., A North           )
Carolina Limited Liability            )
Company, STEVE MOBERG, Individually,  )
AND THEODORE V. BERK, JR.,            )
Individually,                         )
                                      )
                 Defendants.          )

_____


**THIS MATTER** is before the Court on "Motion For Admission Pro Hac Vice" filed June 16, 2005 (document #5), on behalf of Charles E. Muller, II of Miami, Florida to appear as counsel for the Plaintiffs in this case. For the reasons set forth therein, the Motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED.**

Signed: June 17, 2005

Carl Horn, III
United States Magistrate Judge