IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:05CV210-V

| | |
|---|---|
| **BEAR HOLLOW, LLC, a Florida Limited Liability Company, and DEAN DeSANTIS, Individually,** )<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**MOBERK, LLC., a North Carolina Limited Liability Company; MOBERK TWO, LLC., a North Carolina Limited Liability Company; STEVE MOBERG, Individually; and THEODORE V. BERK, JR., Individually,** )<br>)<br>)<br>)<br>)<br>)<br>)<br>**Defendants.** ) | **O R D E R** |

**THIS MATTER** is before the Court on "Stipulation and Motion For Substitution Of Counsel With Respect To Defendant Theodore V. Berk, Individually, ONLY" (document #26) and "Motion To Appear Pro Hac Vice" (document #27-1), both filed March 15, 2006.

The Stipulation and Motion for Substitution of Counsel is hereby **GRANTED**, that is, Philip J. Mandina, Esq., Marc R. Ginsberg, Esq., and Michael Vetro are substituted as counsel of record for Defendant Theodore V. Berk, Jr..

The Motion To Appear Pro Hac Vice, filed by attorneys Philip J. Mandina, Esq., and Marc R. Ginsberg, Esq., is also hereby **GRANTED**, that is, Mssrs. Mantina and Ginsburg are authorized to represent the Defendant Theodore V. Beck, Jr. in this case, provided they comply with the condition set forth in the following paragraph.

Pursuant to Local Rule 83.1(B), each counsel shall remit the required admission fee of $100.00 to the Clerk of Court for the Western District of North Carolina within twenty-one (21) days of this Order.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: March 15, 2006

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge