IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 5:05CV210-V

| | |
|---|---|
| BEAR HOLLOW, LLC, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| MOBERK, LLC, et. al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant Theodore Berk's "Unopposed Motion to Enlarge Time to File Responsive Memorandum to ... Motion to Quash ... and Motion for Protective Order ..." (document #47) filed July 26, 2006. For the reasons stated therein, and with consent of the Plaintiffs, the Defendant's Motion is <u>granted</u> and the Defendant shall have until August 7, 2006 to file his Responsive brief.

This Order supercedes the "Order" (document #49) that inadvertently bore two dates and signatures.

The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED.**

Signed: July 26, 2006

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge